# ALABAMA COURT OF CRIMINAL APPEALS



December 22, 2023

**CR-2023-0220**
Khiry D. White v. State of Alabama (Appeal from Cleburne Circuit Court:
CC-22-154 and CC-22-155)

## NOTICE

You are hereby notified that on December 22, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk